```
 1  LATHAM & WATKINS LLP
       Patrick E. Gibbs (Bar No. 183174)
 2     Allison S. Davidson (Bar No. 267964)
       Cara A. Gray (Bar No. 282865)
 3  140 Scott Drive
    Menlo Park, California 94025
 4  Telephone: +1.650.328.4600
    Facsimile: +1.650.463.2600
 5
    Attorneys for Defendant
 6  Safeway, Inc. and the Individual Defendants
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| LAWRENCE ROMANECK, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> SAFEWAY, INC., ROBERT EDWARDS, JANET E. GROVE, MOHAN GYANI, FRANK C. HERRINGER, GEORGE J. MARROW, KENNETH W. ODER, T. GARY ROGERS, ARUN SARIN, WILLIAM Y. TAUSCHER, CERBERUS CAPITAL MANAGEMENT L.P., AB ACQUISITION LLC, ALBERSTON'S HOLDINGS LLC, ALBERTSON'S LLC, and SATURN ACQUISITION MERGER SUB, INC., <br><br> Defendants. | Case No. 4:14-cv-02015 <br><br> **CLASS ACTION** <br><br> **STIPULATION EXTENDING TIME FOR DEFENDANT SAFEWAY, INC. AND THE INDIVIDUAL DEFENDANTS TO RESPOND TO THE COMPLAINT** <br> AND ORDER |

WHEREAS, this action ("Complaint") was filed on May 1, 2014;

WHEREAS, Defendant Safeway, Inc. ("Safeway") was served with the summons and Complaint on May 6, 2014;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1), Safeway's response is currently due on May 27, 2014;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

Case No. 4:14-cv-02015
STIPULATION SETTING TIME FOR DEFENDANTS
TO RESPOND TO COMPLAINT

1    WHEREAS, Rule 6-1(a) of the Civil Local Rules of the Northern District of California
2 provides that the parties may stipulate to extend the time within which to answer or otherwise
3 respond to the Complaint without a Court Order;

4    WHEREAS, the parties have agreed to a 30 day extension of time by which Safeway will
5 respond to the Complaint;

6    WHEREAS Defendants Robert Edwards, Janet Grove, Mohan Gyani, Frank Herringer,
7 George Marrow, Kenneth Oder, T. Gary Rogers, Arun Sarin, and William Tauscher ("Individual
8 Defendants") agreed to waive service as of May 9, 2014;

9    NOW, THEREFORE, the undersigned parties, through their respective counsel, stipulate
10 as follows:

11    Safeway and the Individual Defendants shall move against, answer or otherwise respond
12 to the Complaint by and including June 26, 2014.

Dated: May 14, 2014                    Respectfully submitted,
                                       LATHAM & WATKINS LLP

                                       By:  */s/ Patrick E. Gibbs*
                                               Patrick E. Gibbs

                                       Attorneys for Defendant Safeway, Inc.

Dated: May 14, 2014                    GLANCY BINKOW & GOLDBERG LLP

                                       By:  */s/ Lionel Z. Glancey*
                                               Lionel Z. Glancey
                                               Michael Goldberg
                                               Louis N. Goldberg

                                       Attorneys for Plaintiff Lawrence Romaneck

Date: May 15, 2014

IT IS SO ORDERED
Judge Vince Chhabria

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No. 4:14-cv-02015
STIPULATION SETTING TIME FOR DEFENDANTS
TO RESPOND TO COMPLAINT