LATHAM & WATKINS LLP
   Patrick E. Gibbs (Bar No. 183174)
   Allison S. Davidson (Bar No. 267964)
   Cara A. Gray (Bar No. 282865)
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Attorneys for Defendant
Safeway, Inc. and the Individual Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LAWRENCE ROMANECK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY, INC., ROBERT EDWARDS, JANET E. GROVE, MOHAN GYANI, FRANK C. HERRINGER, GEORGE J. MARROW, KENNETH W. ODER, T. GARY ROGERS, ARUN SARIN, WILLIAM Y. TAUSCHER, CERBERUS CAPITAL MANAGEMENT L.P., AB ACQUISITION LLC, ALBERSTON'S HOLDINGS LLC, ALBERTSON'S LLC, and SATURN ACQUISITION MERGER SUB, INC.,<br><br>Defendants. | Case No. 4:14-cv-02015-JSW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING DATES AND STAYING ACTION** |

    Plaintiff Lawrence Romaneck ("Plaintiff"), and defendants Safeway Inc., Robert L. Edwards, T. Gary Rogers, William Y. Tauscher, Mohan Gyani, Arun Sarin, Janet E. Grove, Frank C. Herringer, Kenneth W. Oder, George J. Morrow, AB Acquisition LLC, Albertson's Holdings LLC, Albertson's LLC, Saturn Acquisition Merger Sub, Inc., and Cerberus Capital Management L.P. (collectively, "Defendants"), through their respective counsel, hereby stipulate as follows:

1  WHEREAS, Plaintiff commenced the above-captioned action by filing its Complaint on
2  May 1, 2014;

3  WHEREAS, on May 14, 2014, Plaintiff filed a Notice of Motion and Motion for Relief
4  From PSLRA Discovery Stay ("Motion for Relief") (Dkt. 11), and on June 30, 2014, Plaintiff
5  withdrew its Motion for Relief (Dkt. 30);

6  WHEREAS, on June 9, 2014, the Court issued an order relating this case to *Steamfitters*
7  *Local 449 Pension Fund v. Safeway, Inc., et al.*, Case No. 14-cv-01670 JSW ("Steamfitters
8  Action") and reassigning this action to the Court (Dkt. 24]);

9  WHEREAS, Defendants' responsive pleading to Plaintiff's Complaint is due on July 28,
10  2014;

11  WHEREAS, there is an action currently pending before the Delaware Court of Chancery
12  entitled *In re Safeway Inc. Stockholders Litigation*, Consolidated C.A. No. 9445-VCL (the
13  "Delaware Action");

14  WHEREAS, the parties to the Delaware Action have reached an agreement in principle to
15  resolve the Delaware Action and signed a Memorandum of Understanding on June 13, 2014 (the
16  "Delaware Settlement");

17  WHEREAS, Plaintiff has reviewed the terms of the Delaware Settlement and agrees that
18  the results obtained are beneficial to the proposed class of Safeway shareholders;

19  WHEREAS, Plaintiff has reached an agreement with the plaintiffs in Delaware whereby
20  Plaintiff will participate in the Delaware Settlement and submit the question of the fees to which
21  they may be entitled to the exclusive jurisdiction of the Delaware Chancery Court, under the
22  Stipulation of Settlement submitted therein, and whereby this action will be stayed pending the
23  entry of an order granting final approval of the Delaware Settlement;

24  WHEREAS, in light of this agreement, the parties agree that all briefing and hearing
25  dates and deadlines in this action should be vacated and this action should be stayed in its
26  entirety pending final resolution of the Delaware Action; and

27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

Case No. 4:14-cv-02015-JSW
STIPULATION AND [PROPOSED] ORDER
VACATING DATES AND STAYING ACTION

1    WHEREAS, the parties agree that should the Court decide not to enter an order
2 consistent with this stipulation, each party will not assert that the other has failed to timely file to
3 the extent each party is acting in reliance on this stipulation.

4    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between
5 the undersigned counsel, subject to approval of the Court, as follows:

6    1.   All briefing deadlines and/or hearing dates set by the Court and currently pending
7 in this action are vacated;

8    2.   This action is stayed in its entirety pending final resolution of the Delaware
9 Action; and

10   3.   The parties will promptly notify the Court of the resolution of the Delaware
11 Action.

12   IT IS SO STIPULATED.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

Case No. 4:14-cv-02015-JSW
STIPULATION AND [PROPOSED] ORDER
VACATING DATES AND STAYING ACTION

| | | |
|---|---|---|
| 1 | Dated: July 8, 2014 | LATHAM & WATKINS, LLP |
| 2 | | PATRICK E. GIBBS<br>ALLISON S. DAVIDSON |
| 3 | | CARA A. GRAY |
| 4 | | /s/ Allison S. Davidson |
| 5 | | ALLISON S. DAVIDSON |
| 6 | | 140 Scott Drive<br>Menlo Park, CA 94025 |
| 7 | | Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600 |
| 8 | | patrick.gibbs@lw.com<br>allison.davidson@lw.com |
| 9 | | cara.gray@lw.com |
| 10 | | *Counsel for defendants Safeway Inc., Robert L. Edwards, T. Gary Rogers, William Y.* |
| 11 | | *Tauscher, Mohan Gyani, Arun Sarin, Janet E. Grove, Frank C. Herringer, Kenneth W. Oder,* |
| 12 | | *and George J. Morrow* |
| 13 | Dated: June 8, 2014 | DECHERT LLP |
| 14 | | MATTHEW L. LARRABEE<br>JOSHUA D. N. HESS |
| 15 | | MARK P. DIPERNA<br>BRIAN C. RAPHEL |
| 16 | | /s/ Joshua D. N. Hess |
| 17 | | JOSHUA D. N. HESS |
| 18 | | One Bush Street, Suite 1600<br>San Francisco, CA 94104 |
| 19 | | Telephone: (415) 262-4500<br>Facsimile: (415) 262-4555 |
| 20 | | matthew.larrabee@dechert.com<br>joshua.hess@dechert.com |
| 21 | | mark.diperna@dechert.com<br>brian.raphel@dechert.com |
| 22 | | *Counsel for defendants AB Acquisition LLC,* |
| 23 | | *Albertson's Holdings LLC, Albertson's LLC, and Saturn Acquisition Merger Sub, Inc.* |
| 24 | Dated: July 8, 2014 | FOLGER LEVIN LLP |
| 25 | | ROGER B. MEAD |
| 26 | | /s/ Roger B. Mead |
| 27 | | ROGER B. MEAD |
| 28 | | 199 Fremont Street, 20th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 625-1050 |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

4

Case No. 4:14-cv-02015-JSW
STIPULATION AND [PROPOSED] ORDER
VACATING DATES AND STAYING ACTION

|   |   |
|---|---|
| 1 | Facsimile: (415) 625-1091 |
| 2 | *Counsel for defendant Cerberus Capital Management L.P.* |

Dated: July 8, 2014

GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY
MICHAEL GOLDBERG
LOUIS N. GOLDBERG

　/s/ Lionel Z. Glancy　　　　　　
　LIONEL Z. GLANCY

1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
lglancy@glancylaw.com

*Counsel for Plaintiff Lawrence Romaneck*

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 8, 2014

　　　　　/s/ Jeffrey S. White　　　　　
THE HONORABLE
JEFFREY S. WHITE
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

5

Case No. 4:14-cv-02015-JSW
STIPULATION AND [PROPOSED] ORDER
VACATING DATES AND STAYING ACTION