LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
LOUIS N. BOYARSKY (#263379)
GLANCY BINKOW & GOLDBERG LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:    (310) 201-9150
Facsimile:    (310) 201-9160
E-mail:       lglancy@glancylaw.com
              mmgoldberg@glancylaw.com
              lboyarsky@glancylaw.com

*Counsel for Plaintiff Lawrence Romaneck*
[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| LAWRENCE ROMANECK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SAFEWAY, INC., ROBERT EDWARDS, JANET E. GROVE, MOHAN GYANI, FRANK C. HERRINGER, GEORGE J. MARROW, KENNETH W. ODER, T. GARY ROGERS, ARUN SARIN, WILLIAM Y. TAUSCHER, CERBERUS CAPITAL MANAGEMENT L.P., AB ACQUISITION LLC, ALBERSTON'S HOLDINGS LLC, ALBERTSON'S LLC, and SATURN ACQUISITION MERGER SUB, INC.,<br><br>Defendants. | Case No. 4:14-cv-02015-JSW<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

|   |   |
|---|---|
| 1 | Plaintiff Lawrence Romaneck ("Plaintiff"), and defendants Safeway Inc., Robert L. Edwards, T. Gary Rogers, William Y. Tauscher, Mohan Gyani, Arun Sarin, Janet E. Grove, Frank C. Herringer, Kenneth W. Oder, George J. Morrow, AB Acquisition LLC, Albertson's Holdings LLC, Albertson's LLC, Saturn Acquisition Merger Sub, Inc., and Cerberus Capital Management L.P. (collectively, "Defendants"), through their respective counsel, hereby stipulate as follows: |

WHEREAS, Plaintiff commenced the above-captioned action by filing its Complaint on May 1, 2014;

WHEREAS, a related action was filed before the Delaware Court of Chancery entitled *In re Safeway Inc. Stockholders Litigation*, Consolidated C.A. No. 9445-VCL (the "Delaware Action");

WHEREAS, the parties to the Delaware Action reached an agreement in principle to resolve the Delaware Action and signed a Memorandum of Understanding on June 13, 2014 (the "Delaware Settlement");

WHEREAS, Plaintiff reviewed the terms of the Delaware Settlement and agrees that the results obtained are beneficial to the proposed class of Safeway shareholders;

WHEREAS, Plaintiff reached an agreement with the plaintiffs in Delaware whereby Plaintiff will participate in the Delaware Settlement and submit the question of the fees to which they may be entitled to the exclusive jurisdiction of the Delaware Chancery Court, under the Stipulation of Settlement submitted therein, and whereby this action would be stayed pending the entry of an order granting final approval of the Delaware Settlement;

WHEREAS, pursuant to the parties' stipulation, on July 8, 2014 this Court agreed to stay further proceedings in this Action.

WHEREAS, on Wednesday, September 17, 2014, the Delaware Chancery Court granted final approval of the Delaware Settlement.

292275.1          STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. 4:14-cv-02015-JSW

1

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the parties' respective counsel of record, that the above-captioned action, and each claim for relief asserted therein, shall be dismissed, with prejudice. Each party shall bear their own fees and costs, except as provided by agreement of the parties.

IT IS SO STIPULATED

Dated: September 25, 2014

LATHAM & WATKINS, LLP
PATRICK E. GIBBS
ALLISON S. DAVIDSON
CARA A. GRAY

By: *Allison S. Davidson*
ALLISON S. DAVIDSON

140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
patrick.gibbs@lw.com
allison.davidson@lw.com
cara.gray@lw.com

*Counsel for defendants Safeway Inc., Robert L. Edwards, T. Gary Rogers, William Y. Tauscher, Mohan Gyani, Arun Sarin, Janet E. Grove, Frank C. Herringer, Kenneth W. Oder, and George J. Morrow*

Dated: September 25, 2014

DECHERT LLP
MATTHEW L. LARRABEE
JOSHUA D. N. HESS
MARK P. DIPERNA
BRIAN C. RAPHEL

By: *Joshua D.N. Hess*
JOSHUA D. N. HESS

One Bush Street, Suite 1600
San Francisco, CA 94104
Telephone: (415) 262-4500
Facsimile: (415) 262-4555
matthew.larrabee@dechert.com
joshua.hess@dechert.com
mark.diperna@dechert.com
brian.raphel@dechert.com

292275.1         STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
CASE NO. 4:14-cv-02015-JSW

|   |   |
|---|---|
|   | *Counsel for defendants AB Acquisition LLC, Albertson's Holdings LLC, Albertson's LLC, and Saturn Acquisition Merger Sub, Inc.* |
| Dated: September 25, 2014 | FOLGER LEVIN LLP<br>ROGER B. MEAD |
|   | By: *Roger B. Mead*<br>ROGER B. MEAD |
|   | 199 Fremont Street, 20th Floor<br>San Francisco, CA 94105<br>Telephone: (415) 625-1050<br>Facsimile: (415) 625-1091 |
|   | *Counsel for defendant Cerberus Capital Management L.P.* |
| Dated: September 25, 2014 | GLANCY BINKOW & GOLDBERG LLP<br>LIONEL Z. GLANCY<br>MICHAEL GOLDBERG<br>LOUIS N. GOLDBERG |
|   | By: *Lionel Z. Glancy*<br>LIONEL Z. GLANCY |
|   | 1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br>lglancy@glancylaw.com |
|   | *Counsel for Plaintiff Lawrence Romaneck* |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 26, 2014

_____
THE HONORABLE JEFFREY S. WHITE
United States District Judge